Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue,
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LADONNA LONG,<br><br>   Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC<br><br>   Defendant. | Case No. 8:25−cv−01833−JWH−KES<br><br>**MOTION TO APPEAR TELEPHONICALLY FOR THE SCHEDULING CONFERENCE**<br><br>Date: December 19, 2025<br>Time: 11:00 AM<br>Location: Courtroom 9D of the<br>  Ronald Reagon Federal Building<br>  and U.S. Courthouse,<br>  411 W. 4th Street,<br>  Santa Ana, California |

**NOW COMES**, Ladonna Long ("Plaintiff") by and through her undersigned counsel, bringing this Motion to Appear Telephonically for the Scheduling Conference set for December 19, 2025, and in support stating as follows:

1. On August 19, 2025, Plaintiff brought this action against Experian Information Solutions Inc. ("Defendant") seeking redress for violations of the Fair Credit Reporting Act ("FCRA"), pursuant to 15 U.S.C. § 1681 *et seq*. [Dkt 1]

2. On November 3, 2025 this court issued an Order Setting Scheduling Conference. [Dkt. 16]

1

3. Lead counsel for Plaintiff is located in Lombard, Illinois and is admitted to practice law before this Honorable Court.

4. Plaintiff's Counsel is respectfully requesting that this Court allow her to appear telephonically for the Scheduling Conference.

5. Plaintiff, as a consumer with limited means, makes this request to avoid incurring the hefty travel expenses that would be required for her lead counsel to appear in person for the Scheduling Conference.

6. Moreover, there are no contested motions that would require oral argument set for the date that Plaintiff's counsel is requesting to appear telephonically.

7. Plaintiff's lead counsel files cases throughout the United States, and as such, regularly appears telephonically in front of Courts and is familiar with the process and appropriate decorum.

8. Plaintiff's counsel, Alexander James Taylor, certifies that he will treat the telephonic appearance no different than in an in person appearance and will be fully prepared to address all inquiries by this Honorable Court and will provide this Honorable Court with his direct contact information.

**WHEREFORE**, Plaintiff, respectfully requests that this Honorable Court allow his counsel to appear telephonically for the Scheduling Conference.

Dated: December 5, 2025          Respectfully Submitted,

**LADONNA LONG**

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*