Alexander J. Taylor, Esq.
California Bar No. 332334
Sulaiman Law Group, Ltd.
2500 South Highland Avenue,
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| LADONNA LONG,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | **Case No. 8:25-cv-01833-JWH-KES**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Hon. Judge John H. Holcomb |

NOW COMES the Plaintiff, LADONNA LONG, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., by through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. with prejudice. Each party to bear its own attorney's fees and costs.

DATED: December 5, 2025　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ *Alexander J. Taylor*
　　　　　　　　　　　　　　　　　Alexander J. Taylor, Esq.
　　　　　　　　　　　　　　　　　California Bar No. 332334
　　　　　　　　　　　　　　　　　Sulaiman Law Group, Ltd
　　　　　　　　　　　　　　　　　2500 S Highland Ave, Suite 200
　　　　　　　　　　　　　　　　　Lombard, Illinois 60148
　　　　　　　　　　　　　　　　　Telephone: (630) 575-8181
　　　　　　　　　　　　　　　　　ataylor@sulaimanlaw.com
　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

　　I hereby certify that on December 5, 2025, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

　　　　　　　　　　　　　　　　　/s/ *Alexander J. Taylor*
　　　　　　　　　　　　　　　　　Alexander J. Taylor, Esq